■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENITO PADILLA, Appellant, v RAMON J. RODRIGUEZ, as Chairman of the New York State Board of Parole, et al., Respondents.— Judgment unanimously reversed on the law and judgment granted, in accordance with the following memorandum: We convert this habeas corpus proceeding to an action for declaratory judgment (CPLR 103 [c]) and declare that respondent's rescission of petitioner's parole was invalid because the rules contained in respondent's "Parole Rescission Hearing-Policy and Procedure" manual were not filed with the Secretary of State at the time petitioner's parole rescission hearing was held *(see, Matter of Abbott v Kelly,* 145 AD2d 921). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—habeas corpus.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.